**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DEBORAH CASEY, individually
and on behalf of all others similarly
situated,

      Plaintiff,

v.                                                      Case No.   3:23-cv-512-MMH-LLL

HOMECRAFT BUILDERS, INC.,

      Defendant.

                      /

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal (Dkt. No. 20; Stipulation) filed on March 15, 2024.   In the Stipulation, the parties request dismissal, with prejudice, of Plaintiff's individual claims, and without prejudice as to any other member of the putative class's right to bring claims. See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1.     Plaintiff's individual claims are **DISMISSED with prejudice**, and the putative class members' claims are **DISMISSED without prejudice**.

2.     Each party shall bear its own attorneys' fees and costs.

3.      The Clerk of the Court is directed to terminate all pending motions

and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of March,

2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record